PROB 12B
(7/93)

Report Date: December 6, 2011

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Byron Joseph LeBlanc          Case Number: 2:02CR00503-001

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 02/13/2003          Type of Supervision: Supervised Release

Original Offense: Bank Robbery, 18 U.S.C. § 2113(a)    Date Supervision Commenced: 12/02/2011

Original Sentence:  Prison - 71 Months; TSR - 36          Date Supervision Expires: 12/01/2014
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

25      You shall reside in a residential reentry center (RRC) for a period of up to 180 days.  You shall abide by
        the rules and requirements of the facility and shall participate in programs offered by the facility at the
        direction of the supervising officer.

### CAUSE

Mr. LeBlanc released from Bureau of Prisons' custody on December 2, 2011.  He currently has no residence in the
community and is requesting a modification to reside in a residential reentry center (RRC) for up to 180 days, or until
he is able to establish a stable residence in the community. Mr. LeBlanc was offered this placement prior to his
release; however, refused at that time.

Mr. LeBlanc has signed the attached waiver of hearing after being advised of his right to assistance of counsel and
a hearing before Your Honor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/06/2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

Prob 12B
**Re: LeBlanc, Byron Joseph**
**December 6, 2011**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[✓]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Signature of Judicial Officer

12/7/2011
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

25    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____      Signed: _____
                Samuel Najera                                        Byron Joseph LeBlanc
              U.S. Probation Officer                          Probationer or Supervised Releasee

_____
December 6, 2011
Date